IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02403-BNB

ERIC CHRISTOPHER PROVENCIO,

      Plaintiff,

v.

Y. FETTERHOFF,

      Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 7 2009

GREGORY C. LANGHAM
CLERK

---

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, Eric Christopher Provencio, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. On October 5, 2009, Mr. Provencio filed a *pro se* Complaint pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and 28 U.S.C. § 1331 (1993). As relief, Mr. Provencio asks for compensatory and punitive damages.

The Court must construe the complaint liberally because Mr. Provencio is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the *pro se* litigant's advocate. *Hall*, 935 F.2d at 1110. Under *Bivens*, a plaintiff must allege that the defendants have violated his or her rights under the United States Constitution while the defendants acted under color of federal law. For the reasons stated below, Mr. Provencio will be directed to file an amended complaint.

Mr. Provencio asserts one claim.  Although difficult to understand, he appears to allege that Defendant Y. Fetterhoff failed to provide Mr. Provencio's medical records to him within the time limits set forth in BOP regulations.  However, Mr. Provencio does not identify a constitutional right that he believes was violated by Defendant Fetterhoff's actions.

Mr. Provencio must allege exactly what each defendant did to violate his constitutional rights and which constitutional rights were violated.  Personal participation by the named defendants is an essential allegation in a civil rights action.  *See Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976).  *Id.*  Mr. Provencio must show that each defendant caused the deprivation of a federal right.  *See Kentucky v. Graham*, 473 U.S. 159, 166 (1985).  There must be an affirmative link between the alleged constitutional violation and each defendant's participation, control or direction, or failure to supervise.  *See Butler v. City of Norman*, 992 F.2d 1053, 1055 (10th Cir. 1993).  A defendant may not be held liable merely because of his or her supervisory position.  *See Pembaur v. City of Cincinnati*, 475 U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983).

In addition, Mr. Provencio's handwriting is hard to read and makes understanding his allegations difficult.  Rule 10.1 of the Local Rules of Practice for this Court requires that all papers filed in cases in this Court be double-spaced and legible.  *See* D.C.COLO.LCivR 10.1E. and G.  One reason the complaint Mr. Provencio filed is difficult to read is because the complaint is single-spaced and written in tiny letters.

2

Therefore, the amended complaint Mr. Provencio must file, if handwritten, shall be double-spaced and written legibly.

Finally, Mr. Provencio's Complaint fails to comply with Fed. R. Civ. P. 8(a)(2) because it is repetitive and confusing and is not a short and plain statement showing that Mr. Provencio is entitled to relief.

In the Amended Complaint Mr. Provencio must set forth his claims in short and concise statements.  He must allege which constitutional rights he believes were violated by the named Defendant. Accordingly, it is

ORDERED that Mr. Provencio file **within thirty days from the date of this Order** an Amended Complaint on a Court-approved form that complies with Fed. R. Civ. P. 8.  It is

FURTHER ORDERED that the clerk of the Court mail to Mr. Provencio, together with a copy of this order, two copies of the following form to be used in submitting the amended complaint:  Prisoner Complaint.  It is

FURTHER ORDERED that if Mr. Provencio fails within the time allowed to file a Amended Complaint as directed, the action will be dismissed without further notice.

DATED October 27, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02403-BNB

Eric Christopher Provencio
Reg No. 25695-086
US Penitentiary ADX
P.O. Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on **10/27/09**

GREGORY C. LANGHAM, CLERK

By: _____
                Deputy Clerk